UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                      CASE NO. 8:09-CR-019-T-33EAJ

ROBERT CLARKE

## UNITED STATES' MOTION PURSUANT TO USSG §3E1.1(b)

Pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines, the United States moves this Court to grant a one level reduction in the defendant's TOTAL offense level.  The defendant timely entered a guilty plea on February 11, 2009.  The defendant's guilty plea permitted the government and the Court to allocate resources efficiently.  The relief requested herein is already reflected in the United States Probation Officer's Presentence Investigation Report's calculation of the defendant's total offense level.

For the foregoing reasons, this Court should grant the government's motion.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney


By:     *s/ Jay L. Hoffer*
        JAY L. HOFFER
        Assistant United States Attorney
        Florida Bar Number 0910708
        400 North Tampa Street, Suite 3200
        Tampa, Florida  33602
        Telephone:   (813) 274-6318
        Facsimile:   (813) 274-6178
        E-mail:  Jay.Hoffer@usdoj.gov

U.S. v. Robert Clarke						Case No. 8:09-CR-019-T-33EAJ

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Marcus S. Lawrence, Jr.
402 East Oak Avenue, Suite 101
Tampa, Florida  33602

 

*s/ Jay L. Hoffer*
JAY L. HOFFER
Assistant United States Attorney
Florida Bar No. 0910708
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 274-6318
Facsimile:    (813) 274-6178
E-mail:  jay.hoffer@usdoj.gov