

Enclosure 1

We love you Mr. Clarke! See ya around!
love, lizah.

I hope you do well next year very well
— Noah

Hey Mr. Clarke we really miss u hope u come bak reel soon!
Love Khadijah s.

☺ OMG! You're a great teacher! See ya around!!
Beki ☺

Hey Mr. Clarke we miss u hope we see u have a good summer

Mr. Clarke

Hey Ms. Clarke I really miss u soooo much well Ms. Snowden is doing a good job keeping us up on work but I'll never forget you Mr. Clarke but have a wonderful summer

— Khiara Cochrane

Khentara Bostic have a great summer miss u sooo much

look back @ your year

# autographs



We actually learned stuff in your class. You also made learning fun! —Whitney <3

You're awesome. Dissecting stuff was fun. —Rachel Travis

I'll miss U! Sorry ha ha!

Mr. Clarke it's lonely without you —J.I.

Hey Mr Clarke we miss U a bunch, you were a great teacher ~Aubrey~

You were a pretty awesome science guy! —Nicole

have a great summer. Charles ranss you great student

**autographs**

# autographs

Dillon

Hey, Mr. Clarke,
I had a great year and
I learned a lot. Thanks! We missed you!
-Matthew Foultz

We miss U
Mr. Clarke
Jasmine Barbary

Jeramya White

Where are you
-Jayson Hoffard

Hey Mr Clarke
have fun
this summ-
er -Zita

YR the
BEST!
we learned
alot!
-Gianna Seisa

Mr. Clarke
Ce miss
you so much
Sierra
Bishop

Ur a beast teacher
sry its deformed.
<3 zahnaaaaah.

you make
science awesome

Your an awesome
teacher. we
will miss you.
!!! ashley
light

Jesses Secret

look back @ your year