Your Honor, profoundly horrified, immoral, shamed, and grief stricken is how I come before you this morning. I can neither excuse nor defend my past deplorable actions, but I can accept responsibility. This acceptance, and the action on acceptance, has already started my recovery. For the past nine months I have been attending AA, SLAA, and SAA group meetings. Through theses groups, working with psychologists and social workers, I now realize there are no excuses I can offer to legitimize my past actions; however, there are choices I made, prior to my arrest, which my addict's mind mistakenly thought would minimize the impact of my behaviors. I am going to take a moment and try to more clearly present a picture of where I was as an addict, the steps I've taken to understand and overcome my addiction, and where I plan to be as I move forward in life.

**When I was as an addict:**
In the year 2000 I was afforded the opportunity to teach for the DoD in Okinawa Japan. At the time I had 1.5 years of teaching experience under my belt but 37 years of "life" experience. Additionally we were in the process of adopting our daughter. Teaching, moving a family abroad, and the adoption of our daughter (in 2001) from the Ukraine was proving very stressful but also extremely rewarding. I loved teaching math and science and especially enjoyed the overall applications to everyday life. Regrettably for the last few years, since about 2005, I found myself in the role of a suppresser. I had always avoided confrontation at all cost, but I started to act out on mounting frustrations through isolation. Regretfully, my addict found release in the selfish behavior of walking the line between right and wrong and collecting questionable illicit images on the computer. Morally, my addict was trying to come to terms in justifying my actions by believing he was not "knowingly" breaking the law. In Okinawa, Japan this conduct is not "illegal" and my addict justified these choices by thinking it was "lawful". Sadly, my addict was convinced that by not bringing outsiders into the realm of my addiction he could end the behavior independently.
I made an effort to not allow people to know what I had found. I did not pay for the images, I did not share the images, and I most certainly would not act on the images. My addict did not waste time **looking at the collection**, but for him the act of collecting something that in the states may be illegal was enticing. For my addict **collecting** was a harmless way to "live on the edge" and not disrupt my life style or endanger my family. Again, I want to emphasize, my addict **did not take the time to view these videos** because he was consumed in finding others. This is my addict talking. I want to stress my addict did what he could do to prevent others from having access to what he was doing. My addict noticed he was accessing images from other people's computers and did not want anyone accessing them from his computer. He placed the folders in areas off line, were others would not have access. My addict would not pay for any of the images, therefore not supporting he "demand for such items" or " perpetuating the cycle of sexual abuse and victimization".

**Overcoming the addiction:**
My addict looked for consensual "first sex" experiences. My addict refused to see people being forced into doing something they did not willingly do. My addict was ignorant. I am "my addict". I am responsible for my addict's actions and I am actively engaged in conquering my addiction so I can resume a normal and lawful life. I will do so. My

**Enclosure 2**

actions of the past have had the most dehumanizing impact on my self-image. The findings by the investigation of what I plead guilty to come as a total surprise and have shamed me to the core.  They found more on the computer than I ever knew was there.  I have spent my life helping people not hurting them.  I have no respect for adults who impose their will on kids, especially in a sexual manner.  I would never do so.

Since returning to the states I have made use of a multitude of available resources. Together my wife and I have seen the Sexual Behavior Consultation Unit at Johns Hopkins University for an evaluation as a first step in my effort to put our family back together. Together we have seen a marriage counselor.  Individually I have seen a number of psychologists to help me understand what drove me to this uncharacteristic, inappropriate, and morally inexcusable behavior.

**The Future:**
 I allowed myself to become caught up in a perverse despicable, shameful, make believe world, but it is a mistake. And now, in part because of the hard choices made by a wife who loves me, I am getting the help I need.  The steps my wife took she did out of love for me.  She wants me to get better.  She knows the person she married fifteen years ago is not the addict she was living with the past few years.
I am not the monster the charge makes me out to be.  The most important thing for me at this stage in my life is addressing my addiction, making amends to my family, setting the proper example for my children and rectifying the wrongs I am responsible for.

Ever since returning to the U.S. I have been working tirelessly to face my faults and put this unacceptable hurtful behavior behind me. In addition, I am working hard to keep my family together and provide the appropriate example for my children.  Though they may not be aware of the details surrounding my being here, they know I made some wrong choices.  I have promised them the right thing is to take responsibility for my actions and do what ever is needed to make things right for us as a family again.  The pre-sentencing report claims there are no victims to be identified, but I disagree.  The victims here include my immediate family, my extended family, and the disservice I have done to my profession and country.  I never intended my actions to have such tragic consequences.

Personally I recognize I have had a lasting impact on the future I was trying to provide for my family.  The financial cost is beyond what I could have imagined, and the security I was striving to provide for my family may never be realized.  In addition, I was very good at my job but I realize I will never be able to work in the field of education again. In fact, I may never be able to hold a professional license of any sort.

**Conclusion**
In conclusion your Honor, there were a number of factors contributing to my past behavior but the fact remains, I made a regrettable shameful error.  However, I still have a family I love and need to do my best to provide for.  Currently we are living together and I am actively seeking counseling.  Currently I have a rewarding job as a "care provider" working with disabled adults.  I volunteer at the local hospital and with Habitat

for Humanity, in addition to regularly attending AA and SAA meetings.   Our kids are enrolled in a good school, doing very well, and adapting to this new environment.  I am very proud of them both.  Additionally, on April 19th both children were fully initiated into the Roman Catholic Church by celebrating Reconciliation, First Eucharist, and Confirmation at St. Thomas More here in Chapel Hill, NC.


Your Honor, I offer my most sincere apologies for my actions.  I believe life is about making mistakes and learning from them.  I have spent the greater part of my life overcoming a major life-changing event (closed head injury), and until recently believed I had done a good job.  Unfortunately, I was wrenched back to reality when deplorable images were found on the computer. I never intended to bring the amount of shame and harm to myself and my family as I have done with these actions.  Never in my wildest dreams did I expect my poor judgment to result in such devastating consequences.  Your Honor, I am pleading with you to permit me to remain with my family and continue to rebuild my life.

Respectfully,

Robert Clarke